UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SOLANO,<br><br>        Petitioner,<br><br>    v.<br><br>STUARD SHERMAN, Warden,<br><br>        Respondent. | No. CV 18-9430-RGK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action for lack of subject matter jurisdiction. Respondent's motion to vacate the initial order is denied as moot.

DATED: May 29, 2019

                                                R. GARY KLAUSNER
                                              United States District Judge