UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SOLANO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>STUARD SHERMAN, Warden,<br><br>　　　　　Respondent. | NO. CV 18-9430-RGK (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed for lack of subject matter jurisdiction.

DATED: May 29, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　United States District Judge